377 A.2d 983

Commonwealth v. Balzereit, Appellant.

Argued June 15, 1977. A. deLevie, with him Gary Kleitman, for appellant; Robert A. Selig, Assistant District Attorney, with him William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

377 A.2d 983

Commonwealth v. Boatwright, Appellant.

Argued June 17, 1977. Ricki D. Sanders, for appellant; Alan E. Saltzman, Assistant District Attorney, with him Michael R. Stiles, Chief, Appeals Division, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN der VOORT, J., did not participate in the consideration or decision of this case.